| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  KAF Recycling Corp

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  27-0320342

4. **Debtor's address**

   **Principal place of business**
   12750 ALEXANDRIA DR
   Opa Locka, FL 33054
   Number, Street, City, State & ZIP Code

   Miami-Dade
   County

   **Mailing address, if different from principal place of business**
   13992 Lake George Ct
   Hialeah, FL 33014
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  **KAF Recycling Corp**   Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor  **KAF Recycling Corp**                                    Case number (*if known*)
          Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____ When _____ Case number, if known _____

11. **Why is the case filed in *this district*?**  *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
                               Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**  *Check one:*
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ■ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
    ☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
    ☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
    ☐ 200-999

15. **Estimated Assets**
    ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
    ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor  **KAF Recycling Corp**                                      Case number (*if known*)
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | KAF Recycling Corp | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 17, 2023**
MM / DD / YYYY

X **/s/ Coralia Cabrera**          **Coralia Cabrera**
Signature of authorized representative of debtor          Printed name

Title **Vice President**

**18. Signature of attorney**

X **/s/ Jacqueline Calderin, Esq.**          Date **April 17, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**Jacqueline Calderin, Esq. 134414**
Printed name

**Agentis PLLC**
Firm name

**55 Alhambra Plaza, Suite 800**
**Miami, FL 33134**
Number, Street, City, State & ZIP Code

Contact phone **305-722-2002**          Email address **jc@agentislaw.com**

**134414 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **KAF Recycling Corp** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AKF Inc.<br>88 Pine Street<br>New York, NY 10005 | sprfiling@cscglobal.com | Certain Account Receivables | | Unknown | Unknown | Unknown |
| Bank of America Credit Card | | Credit Card Purchases. | | | | $14,000.00 |
| Coast 2 Coast Recycling LLC<br>6021 SW 97th Avenue<br>Miami, FL 33169 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| First Corporate Solutions, Representativ<br>914 S Street<br>Sacramento, CA 95811 | sprs@ficoso.com | Blanket lien | | Unknown | Unknown | Unknown |
| Great American Equipment | | Shredder | | Unknown | Unknown | Unknown |
| Mark Towing and Recovery<br>600 W Oakland Park Blvd.<br>Wilton Manors, FL 33311 | | | | | | $73,000.00 |
| Marlin Capital<br>P.O Box 13604<br>Philadelphia, PA 19101 | | Toyota Forklift | | $0.00 | Unknown | Unknown |
| Mazda Financial<br>Po Box 74689<br>Chicago, IL 60675 | | 2021 Dodge RAM Pick-Up | | $98,000.00 | $67,870.00 | $30,130.00 |
| Nick Towing | | | | | | $62,500.00 |

Debtor  **KAF Recycling Corp**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Regions Bank**<br>**P.O Box 2224**<br>**Birmingham, AL 35246** | | | | | | $72,000.00 |
| **Regions Credit Card** | | | | | | $25,000.00 |
| **Rudy Truck**<br>**9497 NW S River Dr**<br>**Miami, FL 33166** | | **2005 Freiland Rollof Truck** | | $40,000.00 | Unknown | Unknown |
| **Synchrony**<br>**P.O Box 530970**<br>**Atlanta, GA 30353** | | | | | | $2,000.00 |
| **U.S. Small Business Administration**<br>**2 North Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | | **Blanket lien** | | $500,000.00 | Unknown | Unknown |
| **Western Equipment Finance, Inc.**<br>**PO Box 640**<br>**Devils Lake, ND 58301** | | **UCC-1 202109277853** | | Unknown | Unknown | Unknown |

AKF Inc.
88 Pine Street
New York, NY 10005


Bank of America Credit Card


Chrysler Capital
P.O Box 660335
Dallas, TX 75266


Coast 2 Coast Recycling LLC
6021 SW 97th Avenue
Miami, FL 33169


Coast 2 Coast Recycling LLC
c/o Robert J. McCaffery Jr., Esq.
11098 Biscayne Blvd., Suite 100A
Miami, FL 33161


Complete Office
16115 Southwest 117 Avenue
Miami, FL 33177


Elite Concrete
12750 Alexandria Dr
Opa Locka, FL 33054


First Corporate Solutions, Representativ
914 S Street
Sacramento, CA 95811


Great American Equipment


Inaho Holdings, LLC
6021 SW 97th Avenue
Miami, FL 33173


Inaho Holdings, LLC
c/o Rober J. McCaffery Jr., Esq.
11098 Biscayne Blvd., Ste 100A
Miami, FL 33161

```
Inaho Holdings, LLC
c/o Angelica M. Hoyos, Registered Agent
6021 SW 97th Avenue
Miami, FL 33173


Inter Metal Recycling LLC
12750-B Alexandria Dr.
Opa Locka, FL 33054


Inter Metal Recycling LLC
c/o Robert J. McCaffery Jr., Esq.
11098 Biscayne Blvd., Ste 100A
Miami, FL 33161


Inter Metal Recycling LLC
c/o Jesus A. Narvaez, Registered Agent
6021 SW 97th Avenue
Miami, FL 33173


Internal Revenue Service
7850 SW 6 Court
Mail Stop 5730
Fort Lauderdale, FL 33324


M.A.B. Compressor Inc.
c/o Dunia B. Fleites
8975 NW 178th Lane
Hialeah Gardens, FL 33018


M.A.B. Compressor Inc.
c/o Gregory M. Ochalek
19553 NW 2nd Avenue
Miami Gardens, FL 33169


M.B.A. Compressor Inc.
3890 NW 132nd Street
Bay H
Opa Locka, FL 33054


Mark Towing and Recovery
600 W Oakland Park Blvd.
Wilton Manors, FL 33311


Marlin Capital
P.O Box 13604
Philadelphia, PA 19101
```

Mazda Financial
Po Box 74689
Chicago, IL 60675


Miami-Dade County Tax Collector
200 N.W. Second Avenue, Suite 430
Bankruptcy Paralegal Unit
Miami, FL 33128


Nationwide Lift Trucks Inc.
3900 N 28th Terrace
Hollywood, FL 33020


Nick Towing


PNC Equipment Finance, Inc.
655 Business Center Drive
Horsham, PA 19044


Regions Bank
P.O Box 2224
Birmingham, AL 35246


Regions Credit Card


Rudy Truck
9497 NW S River Dr
Miami, FL 33166


Siembra Fresh, LLC
6021 SW 97th Avenue
Miami, FL 33173


Siembra Fresh, LLC
c/o Jesus A. Narvaez, Registered Agent
6021 SW 97th Avenue
Miami, FL 33173


Synchrony
P.O Box 530970
Atlanta, GA 30353

```
U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


U.S. Small Business Administration
51 SW 1st Ave #201
Miami, FL 33130


Western Equipment Finance, Inc.
PO Box 640
Devils Lake, ND 58301


Willscot
4646 E. Van Buren Street
Phoenix, AZ 85008
```