**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | : | CASE NO.: 23-12973-RAM |
| | : | |
| KAF RECYCLING CORP. | : | |
| | : | CHAPTER 11 |
| | : | Subchapter V |
| Debtors. | : | |
| _____ | / | |

**DEBTOR'S OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE (CLAIM #7)**

> **IMPORTANT NOTICE TO CREDITORS:**
> **THIS IS AN OBJECTION TO YOUR CLAIM**
>
> **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**
>
> **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve (mail) a copy to the Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**
>
> **Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court, C. Clyde Atkins US Courthouse, 301 N Miami Ave, Suite #150, Miami, FL 33128**

Pursuant to FRBP 3007 and Local Rule 3007-1, the Debtor objects to Claim No. 7 filed by the Department of the Treasury - Internal Revenue Service ("IRS") in this case. The amounts asserted by the IRS are estimates based upon the presumed failure of the Debtor to file certain tax returns. However, for each of the following categories listed in the IRS's proof of claim, the Debtor has already either filed the return or is not required to do so as follows:

| Kind of Tax | Tax Period | Amount Claimed | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| WT-FICA | 03/31/2020 | $790.53 | The 941 quarterly return for this period was filed by Debtor's prior accountant and all sums due paid by the Debtor. A copy of the return has been provided to the IRS. |



**55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

| | | | |
|---|---|---|---|
| WT-FICA | 03/31/2021<br>06/30/2021<br>09/30/2021<br>12/31/2021<br>03/31/2022<br>06/30/2022<br>09/30/2022 | $3,513.48<br>$11,418.81<br>$11,418.81<br>$11,418.81<br>$11,418.81<br>$11,418.81<br>$11,418.81 | The Debtor did not have employees during this period. All of Debtor's personnel were obtained through Encore HR Services, who was responsible for collecting and remitting the taxes and filing the appropriate returns. |
| CORP-INC | 12/31/2021 | $0.00 | The Amended 2021 S-Corp tax return was filed and indicates no liability from the Debtor. See ECF #3 |
| FUTA | 12/31/2021 | $148.00 | The Debtor did not have employees during this period. All of Debtor's personnel were obtained through Encore HR Services, who was responsible for collecting and remitting the taxes and filing the appropriate returns. |
| WT-FICA | 03/31/2023 | $2,299.82 | The 941 quarterly return for this period was filed electronically on May 1, 2023. |
| WT-FICA | 06/30/2023 | $404.36 | This return is not due until July 2023, at which time the Debtor will timely file the return and remit any sums due. |
| FUTA | 12/31/2023 | $16.03 | This return is not due until January 2024, at which time the Debtor will timely file the return and remit any sums due. |
| Penalties on general unsecured claim | Through petition date | $2,440.16 | Given that returns were filed by the Debtor (where required), any estimated amounts asserted are moot and upon which no penalty could accrue. |
| Penalties on priority claim | Through petition date | $2,340.00 | Given that returns were filed by the Debtor (where required), any estimated amounts asserted are moot and upon which no penalty could accrue. |
| CORP-INC | 12/31/2022 | $0.00 | The deadline for filing this return is on extension and not yet due. The Debtor will timely file the return and remit any sums due. |

Accordingly, the Debtor recommends that the IRS's Claim No. 7 be stricken in its entirety.

I HEREBY CERTIFY that on June 16, 2023, a true and correct copy of the foregoing was served electronically upon those parties entitled to notice via a CM/ECF and via U.S. Mail to the **Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346**.

Respectfully submitted,

**AGENTIS PLLC**
Counsel for the Debtor
55 Alhambra Plaza, Suite 800
Coral Gables, FL 33134
T. 305.722.2002

*/s/ Jacqueline Calderín*
Jacqueline Calderín,
Florida Bar No. 134414
jc@agentislaw.com

