UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                        CASE NO.: 23-12973-RAM

KAF RECYCLING CORP.,                          CHAPTER 11

   Debtor.
_____/

**UNITED STATES OF AMERICA'S RESPONSE
TO DEBTOR'S OBJECTION TO CLAIM #7-1**

     The United States of America, by and through the undersigned Assistant United States Attorney, on behalf of the Internal Revenue Service (the "IRS"), responds to the Debtor's *Objection to Proof of Claim 7-1* (the "Objection") [D.E. 59] and in support thereof states as follows:

     1.    On April 17, 2023, KAF Recycling Corp., (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

     2.    On May 5, 2023, the IRS filed proof of claim 7-1 (the "Claim") setting forth an unsecured priority claim in the amount of $80,150.56 and an unsecured $4,780.16.

     3.    On June 16, 2023, the Debtor filed an Objection [D.E.59] stating that the amounts asserted by the IRS are estimates based upon the presumed failure of the Debtor to file certain tax returns. However, for each of the following categories listed in the IRS's proof of claim, the Debtor has already either filed the return of it not required to do so. *See* Objection.

     4.    WT-FICA---03/31/2020 copy of return balance is 10,540.44 deposits posted are $10,628.28 the EIN # listed on the tax return is incorrect this waiting response from attorney office possible typo. Debtor will owe late filing penalties. WT-FICA 03312021 thru 09/302022—Debtor states used leasing company, IRS is awaiting copy of the contract. Copy of tax return submitted

balance due $7905.33 for 03/31/2021 Debtor will owe late filing penalty. Corp—Inc 12/31/2021—The tax return unfiled the tax will be zero debtor will owe penalty extension 9-15-2022. The IRS has requested a copy of the tax return from Debtor's counsel. FUTA- 12/31/2021- The tax return not filed taxpayer will need to file had employees for 941 03/31/2021 tax deposits submitted for the Form 941. FICA—03/31/2023---The tax return filed this quarter will be amended to zero no liability exists. FICA-06/30/2023---Tax return due 07/31/2023 there are deposits of $12,360.13 debtor is current with make deposits this quarter will be amended to zero. FUTA—12/31/2023—Tax return due 01/31/2024 the estimate will remain no deposit submitted. Penalties/Unsecured general—The outstanding balance due of $100.16 for 12/31/2019 will remain. The penalty of $2400.00 for 12/31/2022 will be amended to zero. Penalties/ priority claim—The $2340.00 estimate for 1120 12312021 will remain the return not filed however an extension was submitted. Corp-Inc 12/31/2022—the return not filed ext. 9-15-2023 this will be amended to zero the return has been requested not due to 9-15-2023. Once the IRS receives all information, the claim will be amended.

5. Further, the Claim was filed in accordance with Rule 3001 of the Federal Rules of Bankruptcy Procedure and, thus, the Claim constitutes *prima facie* evidence of the validity and amount of the claim. Fed. R. Bank. P. 3001(f); *In re Moreno*, 341 B.R. 813, 817 (Bankr. S.D. Fla. 2006) ("A proof of claim that meets the above standard along with the others imposed in Rule 3001, 'shall constitute prima facie evidence of the validity and amount of the claim.'").

6. Here, the Debtor has offered no countervailing evidence that rebuts the *prima facie* validity of the Claim. Thus, the Claim is "strong enough to carry over a mere formal objection without more." *In re Holm*, 931 F.2d 620, 623 (9th Cir. 1991).

7. Accordingly, the Claim should be allowed as filed and the Debtor's Objection should be overruled.

**WHEREFORE**, the IRS requests that the Debtor's Objection to Claim be overruled and any further relief this Court deems just and proper.

                            Respectfully submitted,

                            **MARKENZY LAPOINTE**
                            **UNITED STATES ATTORNEY**

By:    /s/*Raychelle A. Tasher*
         RAYCHELLE A. TASHER
         Assistant United States Attorney
         Florida Bar No. 109291
         Raychelle.Tasher@usdoj.gov
         99 N.E. 4th Street, Suite 300
         Miami, Florida 33132
         Telephone: (786) 439-3185
         Facsimile:  (305) 530 -7139

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

                            /s/*Raychelle A. Tasher*
                            RAYCHELLE A. TASHER

### Service List

**VIA CM/ECF Notice:**

**23-12973-RAM Notice will be electronically mailed to:**

Jacqueline Calderin     jc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com

Carol Lynn Fox     cfox@brileyfin.com, cclf11@trustesolutions.net

Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

James A Poe    jpoe@jamesalanpoepa.com,
poebankruptcy@gmail.com;r48951@notify.bestcase.com

Mark S. Roher    mroher@markroherlaw.com,
ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Steven D Schneiderman    Steven.D.Schneiderman@usdoj.gov

James Schwitalla    jwscmecf@bellsouth.net,
miamibkcmyecf@gmail.com;schwitallajr74031@notify.bestcase.com

Raychelle A. Tasher on behalf of Creditor United States of America, Department of Treasury/Internal Revenue Service
Raychelle.Tasher@usdoj.gov, Shannon.Patterson@usdoj.gov

Eric B Zwiebel    eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

                                            /s/*Raychelle A. Tasher*
                                            RAYCHELLE A. TASHER